UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GEORGE W. WEATHERSBY, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-06-2868 |
| § | |
| JOHN E. POTTER, § | |
| § | |
| Defendant. § | |

## MEMORANDUM AND ORDER

Plaintiff has filed a motion requesting that the above-captioned case be combined with an administrative case pending before Denver District Office of the Equal Employment Opportunity Commission (Doc. No. 15). Because this Court has no authority to order consolidation of a federal lawsuit with a pending administrative matter, Plaintiff's motion must be **DENIED**.

**IT IS SO ORDERED.**

**SIGNED** this 30th day of May, 2007.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT